**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 1 9 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-2040 JCH |
| ) | |
| vs. ) | 18 U.S.C. § 1709, theft of mail matter by |
| ) | officer or employee: |
| **JERRY RIVERA,** ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about November 19, 2019, and continuing until on or about December 11, 2019, in Santa Fe County and elsewhere, in the District of New Mexico, the defendant, **JERRY RIVERA,** a carrier for the United States Postal Service, did steal, purloin, embezzle and appropriate to his own use, property used by the United States Postal Service.

In violation of 18 U.S.C. § 1709.

ALEXANDER M.M. UBALLEZ
United States Attorney

*[signature]*

RUMALDO R. ARMIJO
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87103
505-346-7274